ALFRED GUTWILLIG, Plaintiff, *v.* MORRIS WIEDERMAN et al., Appellants; WILLIAM H. SCHMOHL et al., Respondents.

*Gutwillig* v. *Wiederman*, 26 App. Div. 26, appeal dismissed.
(Argued June 7, 1898; decided June 21, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1898, reversing an order of Special Term confirming the report of a referee in surplus proceedings and directing a new hearing before a new referee.

*Walter Large* for appellants.

*Frank Barker* for respondents.

Appeal dismissed, with costs; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SCHWARZS-CHILD & SULZBERGER COMPANY, Appellant, *v.* JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent.

*People ex rel. Schwarzschild Co.* v. *Roberts*, 11 App. Div. 449, affirmed.
(Submitted June 7, 1898; decided June 21, 1898.)

APPEAL from judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered December 8, 1896, affirming, on certiorari, a determination of the state comptroller in assessing a corporation tax upon the relator.

*Myer Nussbaum* for appellant.

*T. E. Hancock* for respondent.

Judgment and order affirmed, with costs, on authority of *People ex rel. New England Dressed Meat Company* v. *Roberts* (155 N. Y. 408).
All concur.